IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

CASE NO. 16-CV-14549

PATRICIA KENNEDY, )
)
   Plaintiff, )
)
v. )
)
PETER & PHYLLIS LOPILATO, LA HARA )
CORP a/k/a GIGI'S PIZZA and SEBASTIAN )
LAHARA d/b/a BIKE'S PLUS, )
)
   Defendants. )
)
_____)

## VERIFIED STATEMENT OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE ADA

Plaintiff PATRICIA KENNEDY, pursuant to the Court's Orders [DE 5], hereby files the undersigned's Verified Statement of Counsel Regarding Any Prior Filings Under the ADA and states:

1. I, Rafael Viego III, am lead counsel for Plaintiff Patricia Kennedy in the above styled case.

2. Prior to the filing of this case, I conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether Defendants or Defendants' property have ever been sued prior to the filing of this suit for alleged violations of the same, similar, or any violations of the Americans with Disabilities Act.

3. The search did not yield any results.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Rafael Viego III

STATE OF FLORIDA            )
                            ) SS.
COUNTY OF MIAMI-DADE        )

SWORN TO and subscribed before me this 3rd day of January, 2017, by Rafael Viego III, who is ☒ personally known to me or ☐ produced a _____ as identification.

JOSE SOTOLONGO
MY COMMISSION #FF001757
EXPIRES April 6, 2017
(407) 398-0153   FloridaNotaryService.com

_____
Notary Public

_____
Typed, Printed, or Stamped Name of Notary

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON NEXT PAGE]**

Respectfully submitted,

By: s/ Rafael Viego III
Rafael Viego III, Esq.
Florida Bar. No. 60967
**FEDERAL DISABILITY ADVOCATES**
*Attorneys for Plaintiff*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Telephone: (305) 717-7530
Facsimile: (305) 717-7539
E-mail: rviego@jltrial.com
E-mail: eservice@jltrial.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2017, a true and correct copy of the foregoing was served via U.S. Mail upon: Defendant La Hara Corp. a/k/a Gigi's Pizza, c/o Luigi Lahara, 1322 N.E. Jensen Beach Boulevard, Jensen Beach, FL 34994, Defendant Peter & Phyllis Lopilato, 1720 N.W. Golden Oak Trial, Jensen Beach, FL 34957, and Defendant Sebastian Lahara d/b/a Bike's Plus, 458 N.E. Sunflower Place, Jensen Beach, FL 34957.

By: /s/ Rafael Viego III
Rafael Viego III, Esq.
Florida Bar. No. 60967

MEL/RV/rd
0011.005