## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Fort Pierce Division

### CASE NO.  16-CV-14549

PATRICIA KENNEDY,                                  )
                                                   )
      Plaintiff,                              )
                                                   )
v.                                                 )
                                                   )
PETER & PHYLLIS LOPILATO, LA HARA     )
CORP a/k/a GIGI'S PIZZA and SEBASTIAN )
LAHARA d/b/a BIKE'S PLUS,                  )
                                                   )
      Defendants.                            )
                                                   )
_____)

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION AS TO DEFENDANTS PETER LOPILATO & PHYLLIS LOPILATO, LA HARA CORP a/k/a GIGI'S PIZZA AND SEBASTIAN LAHARA d/b/a BIKE'S PLUS

Plaintiff PATRICIA KENNEDY (**"Plaintiff"**), and Defendants PETER LOPILATO & PHYLLIS LOPILATO ("**Defendants Lopilato**") and Defendant LA HARA CORP a/k/a GIGI'S PIZZA ("**Defendant Gigi's**") and SEBASTIAN LAHARA d/b/a BIKE'S PLUS (**"Defendant Bike's"**) (collectively, the "**Parties**"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been resolved in accordance to the Stipulation for Settlement entered into by them on February 21, 2017 and the Parties respectfully request the Court enter an Order Dismissing this cause with Prejudice and retaining jurisdiction to:

(1) enforce the terms of said Settlement Agreement.

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

The parties additionally request that the Court enter an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted,

By: s/ Rafael Viego                            By: s/ Gene R. Zweben
    Rafael Viego III, Esq.                         Gene R. Zweben, Esq.
    Florida Bar. No. 60967                         Florida Bar No.: 0088919
    **Federal Disability Advocates**               **Zweben Law Group, P.A**
    *Counsel for Plaintiff*                        *Counsel for Defendants*
    4300 Biscayne Boulevard, Suite 305             532 Colorado Avenue
    Miami, Florida 33137                           Stuart, FL 34994
    Tel:(305)717-7530                              Tel:    (772)-223-5454
    Fax:(305)717-7539                              Fax:    (772)-463-0778
    E-mail:rviego@jltrial.com                      E-mail: gene@zwebenlawgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on March 15, 2017 via CM/ECF upon: Gene R. Zweben, Esq. gene@zwebenlawgroup.com.

                               By:  s/ Rafael Viego III
                                    Rafael Viego III, Esq.
                                    Fla Bar. No.: 60967