UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14549-ROSENBERG/LYNCH

PATRICIA KENNEDY,

    Plaintiff,

v.

PETER & PHYLLIS LOPILATO *et al.*,

    Defendants.

    _____/

**ORDER DISMISSING AND CLOSING CASE**

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Final Dismissal with Prejudice and Retention of Jurisdiction as to Defendants Peter Lopilato & Phyllis Lopilato, La Hara Corp a/k/a Gigi's Pizza and Sebastian Lahara d/b/a Bike's Plus [DE 16]. In light of the parties' Joint Stipulation, it is hereby

    **ORDERED AND ADJUDGED** as follows:

    **1.**    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**.

    **2.**    The Court retains jurisdiction to enforce the terms of the settlement agreement reached in this case.

    **3.**    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

    **4.**    All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 15th day of March, 2017.

*/s/ Robin L. Rosenberg*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record